# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WESLEY J. CROWDER** and **DELICIA CROWDER**, H/W, : : : **Plaintiffs** : : v. : : **EMERSON ELECTRIC COMPANY** and **RIDGE TOOL COMPANY**, : : **Defendants** : | **CIVIL ACTION NO. 1:09-CV-0352** **(Judge Conner)** |

## ORDER

AND NOW, this 30th day of November, 2009, upon consideration of plaintiffs' motion (Doc. 22) to compel discover responses and plaintiffs' motion (Doc. 23) to compel deposition testimony, and upon further consideration of the court's case management order (Doc. 17) dated March 24, 2009, which provided that "[i]n the event that discovery disputes arise and are not resolved after counsel attempt in good faith to do so, the matter shall be brought before the court by way of a telephone conference rather than through the filing of formal motions" (Doc. 17 ¶ 5(b)), it is hereby ORDERED that plaintiffs' motions (Docs. 22, 23) are DENIED without prejudice to plaintiffs' right to renew the motions after complying with ¶ 5(b) of the order of court dated March 24, 2009.

   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge